UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

| | |
|---|---|
| DEREK MORTLAND, | *Electronically Filed* |
| PLAINTIFF, | **CASE NO. 1:23-cv-00152-GNS** |
| VS. | |
| TKAC HOTELS, LLC, | |
| DEFENDANT | |

**AGREED ORDER OF DISMISSAL**

The Plaintiff, Derek Mortland, having informed the Court that he has resolved his claims against the Defendant, TKAC Hotels, LLC, and the Court hereby acknowledging the same and being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that all claims that have been asserted by the Plaintiff, Derek Mortland, against the Defendant, TKAC Hotels, LLC, and all claims that could have been asserted by the Plaintiff, Derek Mortland, against the Defendant, TKAC Hotels, LLC, are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

This is a final and appealable order and there is no just cause for delay.

SO ORDERED this: April 14, 2025

Greg N. Stivers, Chief Judge
United States District Court

HAVE SEEN AND
AGREED TO BE ENTERED:

***/s/ Melissa Thompson Richardson***
Melissa Thompson Richardson
Zachary T. Epperson
*Counsel for Defendants*


***/s/ Colin Meeker  (by permission)***
Colin Meeker
*Counsel for Plaintiff*


7202.008162C:\NRPortbl\Golden_and_Walters\SHALL\2717739_1.DOCX